FILED
2011 MAR -7 PM 2:50
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PATRICK ZAMORA #1544298,
        Plaintiff,

-vs-                                      Case No. A-10-CA-683-LY

RISSIE OWENS,
        Defendant.

## ORDER

Before the Court is Defendant's Motion to Dismiss for improper service. Plaintiff mistakenly attempted service upon the defendant in this case. However, the Court has not yet determined whether service is necessary. If service is necessary, the Court will direct the United States Marshals Service to perform service. Accordingly, service will be quashed and the Motion to Dismiss will be dismissed.

It is therefore **ORDERED** that the Motion to Dismiss, filed by Defendant on October 26, 2010, is **DISMISSED** and service is **QUASHED**.

SIGNED this the 7th day of March 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE